IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANDREA KYLE ARRINGTON as Guardian/Conservator of the Estate of John Daniel Arrington, )<br>)<br>)<br>)<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>AUSTIN COMMERCIAL, LP; et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:22cv616-MHT<br>(WO) |

**JUDGMENT**

Pursuant to the joint stipulation of pro-tanto dismissal (Doc. 23), which the court construes as motion to dismiss all claims against defendant Austin Commercial, LP only pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motion to dismiss (Doc. 23) is granted.

(2) Plaintiff's claims against defendant Austin Commercial, LP are dismissed with prejudice, with costs

taxed as paid, and said defendant is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 4th day of March, 2024.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE